# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

| Case No. | CR 10-00299-MMM | Date | August 24, 2010 |
|---|---|---|---|

| Present: The Honorable | MARGARET M. MORROW |
|---|---|
| Interpreter | N/A |

| ROEL REYES FOR ANEL HUERTA | N/A | JAY H. ROBINSON (NP) |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| U.S.A. v. Defendant(s): | Prsnt | Cust. | Bond | Attorneys for Defendants: | Prsnt | App. | Ret. |
|---|---|---|---|---|---|---|---|
| 5. Sergey Mkrtychyan | NOT | | ✔ | 5. Richard Lasting, CJA | NOT | ✔ | |

**Proceedings:**   IN CHAMBERS - ORDER SETTING STATUS CONFERENCE

    The court hereby sets a status conference on **Monday, August 30, 2010 at 1:15 p.m.**  Defendant Mkrtychyan and counsel are ordered to appear on this date and time.

     : 00